# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

SHIRLEY O. DANIELS,

    Plaintiff,

v.

JOHN DAVIS, DDS, JD; STEPHEN CARPENTER, AG; ROBERT KRABILL, ALJ (OAH); JOHN KUNTZ, ALJ Health Law; AILEEN MILLER, AG; JEFF OERLERICH, MFCU,

    Defendants.

Case No. C08-5396FDB

ORDER DENYING PLAINTIFF'S APPLICATION FOR COURT-APPOINTED COUNSEL

    Plaintiff Daniels identifies herself in her Complaint as a dentist who has had certain hearings before the Dental Commission. She alleges, among other things, certain irregularities and improprieties in the conduct of the hearings, which involved fraudulent filling, and a revocation of her license for ten years. Among other things, she seeks return of her license without having to appear before the Commission, that all surveillance cease, prosecution and/or disbarment of Defendants Davis, Carpenter, Kuntz, and Krabill; and treble damages related to the alleged violations of RICO, her civil and constitutional rights.

    Plaintiff now moves for court-appointed counsel, stating that she has contacted at least 15 attorneys over the past two years, but all have declined after consultations.

ORDER - 1

The Court has reviewed Plaintiff's Complaint as well as her application and the entire file herein, concludes that appointment of counsel is not warranted, and declines to grant Plaintiff's motion.

NOW, THEREFORE, IT IS ORDERED: Plaintiff's Application for Court-Appointed Counsel [Dkt. # 6] is DENIED.

DATED this 9th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2