# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHIRLEY O. DANIELS,

    PLAINTIFF

    v.

JOHN DAVIS, DDS, JD;
STEPHEN CARPENTER, AG;
ROBERT KRABILL, ALJ (OAH),
JOHN KUNTZ, ALJ Health Law;
AILEEN MILLER, AG;
JEFF OERLERICH, MFCU

    DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5396FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendants' Motion for Summary Judgment [Dkt. # 8] is GRANTED,
and all Plaintiff's causes of action against all defendants are DISMISSED

October 21, 2008

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

_____
Deputy Clerk