UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SHIRLEY O. DANIELS, | |
|---|---|
| Plaintiff, | |
| v. | Case No. C08-5396FDB |
| JOHN DAVIS, DDS, *et al.*, | ORDER DENYING PLAINTIFF'S MOTION TO RESUBMIT RESPONSE AND FOR EXTENSION OF TIME |
| Defendants. | |

Plaintiff moves to submit her response and for an extension of time to do so. This Court has Granted Defendants summary judgment on the basis of prosecutorial and judicial immunity. Accordingly, Plaintiff's Motions to re-submit her response [Dkt. # 15] and for an extension of time [Dkt. # 16] is DENIED. SO ORDERED.

DATED this 24th day of October, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1