UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHIRLEY O. DANIELS,

    Plaintiff,

  v.

JOHN DAVIS, DDS, *et al.*,

    Defendants.

Case No. C08-5396FDB

ORDER

This cause of action was dismissed and judgment for Defendants was entered on October 21, 2008. Plaintiff now files "Request Motion To be Seen in Person in Regards To Furth Amendment Rights Violation by Agents of The State of Washington." This case is closed and this motion is STRICKEN from the Court's calendar. SO ORDERED.

DATED this 30th day of October, 2008.

    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1